IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALMON RUSAW HERRIN, JR.        )
                               )
v.                             ) NO. 3-11-01207
                               ) JUDGE CAMPBELL
MR. BULT'S, INC.               )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 22).

For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE