IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALMON RUSAW HERRIN, JR.   )
                          )
v.                        ) NO. 3-11-01207
                          ) JUDGE CAMPBELL
MR. BULT'S, INC.          )

ORDER

This case is set for a jury trial beginning October 22, 2013. Pending before the Court, among other things, is Defendant's Motion to Withdraw or Amend Its Admissions (Docket No. 127). Because of the newly discovered evidence, the Motion is GRANTED, provided that Defendant must make Price Williams available for deposition by Plaintiff prior to trial. This will promote a presentation of the contested facts at trial and avoid undue prejudice to the parties.

To the extent Plaintiff's Motion in Limine No. 2 (Docket No. 61) deals with the Admissions which Defendant wishes to amend, that Motion is DENIED as moot.

Similarly, Plaintiff's Motion in Limine No. 3 (Docket No. 63) and Motion in Limine No. 14 (Docket No. 84) are moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE